## JEFFREY R. PERRY *v.* COMMISSIONER OF CORRECTION

The petitioner Jeffrey R. Perry's petition for certification for appeal from the Appellate Court, 87 Conn. App. 905 (AC 25235), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration of or decision on this petition.

*Jeffrey R. Perry*, pro se, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided May 26, 2010